NO._____

| | | |
|---|---|---|
| BOBBY JOE EVENS, APPELLANT, | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| V. | § | |
| THE STATE OF TEXAS APPELLEE, | § | OF TEXAS, |

**FILED IN COURT OF CRIMINAL APPEALS**

**OCT 16 2015**

**Abel Acosta, Clerk**

MOTION TO SUSPEND APPELLANT RULE 9.3(b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Bobby Joe Evens, appellant respectfully present's to the court his motion to suspend rule 9.3(b), which would require him to file (11)-copies of his Petition For Discretionary Review to this court, and allow him to file only the original petition.

1). Appellant appealed his conviction from the 196th District in cause #27,388.

2). Appellant appealed to the Sixth Court Of appeals in Cause Number# 06-15-00079-CR,

3). Appellant has no way of making copies, nor can he afford to pay for the copies to be made by an outside agency.

WHEREFORE PERMISES CONSIDERED, Appellant pray that the court grant this motion, and allow him to file only the original Petition For Discretionary Review.

RESPECTFULLY SUBMITTED,

*Bobby Joe Evens*

CERTIFICATE OF SERVICE

Appellant certify that a true and correct copy of this motion was sent to the Court of Appeals for the Sixth district by first Class U.S. Mail on this the 4TH day of October, 2015.

*Bobby Joe Evens*

(1)

BOBBY JOE EVENS #1995944
ALLEN POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

(2)